IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DARRELL BERNARD SCOTT, JR., | * |
| Petitioner, | * |
| v. | Case No. 7:24-cv-19 (LAG-TQL) |
| | * |
| ANDREW MCFARLANE, | |
| | * |
| Respondent. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 9, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of October, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk